Case #251021.0012

Jeffery James Misiano

510 South 27th St.

South Bend , IN

Phone : 1-574-319-3019

-FILED-

3:26-cv-1086    ·    JUL 22 2026

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

On Oct 21,2025 I woke up with severe abdominal pains and barely being able to sit-up right; Thinking I may be experiencing some kind of aneurysm, I called 911 at 7:07 a.m. The EMT informed me that my heart was beating arithmetically, and that it was bad. I ask if the Hospital was getting my EKG reading sent to them. she said they were getting a Live feed. So they will be Aware of this upon arrival. At around 7:20 we arrived at Saint Joseph regional Medical center, Located at 5215 Holy Parkway, Mishawaka, Indiana 46545, Phone 574-335-5000.

The staff in the E.R performed a medical screening on me to evaluate the extent of my emergency. I explained that my abdominal pain was coming and going. but that my heart was beating arithmetically and that the EMT told me it was bad. The nurse placed a saline I.V into my left forearm. then placed me in the waiting area. As I waited the arithmetically beating of my heart increased along with the pain in my abdomen. As I waited to be seen despite the growing discomfort about not being seen, and the anxiety the wait time only increased my anxiety and fear. At 9:12 a.m., I phoned my PCP to see if he could see me. he agreed and told me to come in as soon as I could make it. Realizing there was still an I.V in my arm I ask that it be removed and that I be given the form to sign myself out. The nurse came out and removed my I.V from my arm. I was given the form to sign myself out.

Included on the release form was a large blank area that I left a note to my Insurance provider. I then ask the nurse behind the intake cubical, "How many Doctors and Nurses are there on staff right now?

one each? I placed my FEDERALLY PROTECTED HIPPA PAPER DOWN and as I turned to walk out to go see my PCP is when I hear a very aggressive loud voice yelling at me to leave. I turned back around to see who was yelling this at me. when I turned to face the person I realized that the security guard had my FEDERALLY PROTECTED HIPPA document in his hand and was in fact reading it, and what he read made him angry towards me. I told him that he had no Legal right to read my FEDERALLY PROTECTED document and to put it down now! He REFUSED to do so. I pulled my phone out to record only him breaking my FEDERALLY PROTECTED legal rights. Within seconds this man ran into me slamming me against the wall trying to take my phone. up until this point there was NO situation. He had me pinned against the wall and the whole time I'm telling him to get off me and let me go. I haven't done anything! He REFUSED to let me go. At this point not only was he the first to Create a situation, but also the first to make it a physical one {assaulting me}. no matter how much I pleaded for him to let me go he would not. now he is HOLDING ME AGAINST MY WILL, and is still trying to take my Property {phone}. Then out of nowhere a second guard comes out. rather than trying to deescalate the situation he joins in and begins to assault me. Now I have the weight of two full grown men holding me back from leaving and hitting me. all the time my heart is feeling every bit of this and is having a hard time staying in rhythm. I was scared beyond belief. the second security guard now had me pinned with his fist in my ribs threatening to Taze me. I told him to let me go ... over and over again. and that I had a bad heart and that if he tazed me and hurt me or killed me my family would sue the hospital. They kept hitting me when the second guard again puts his fist in my ribs hard as he could and told me. Ill kill you old man. With that threat on my life I began to fight back. yelling the whole time that I signed myself out. I haven't done anything, and to let me go. I was grabbed around the neck and drug out the door. While one of them stumped my leg as the final act of aggression. what happened was I was beaten by two hospital security guard's for leaving a note to my insurance provider. had this man not read this I would have made it out the door. The police have now showed up on scene and I'm begging for help. I WAS

SCARED FOR MY LIFE. Crying and repeatedly asking why did this happen? I signed myself out and was leaving. trying to tell the police I did nothing wrong. but naturally they stood for the Sincerely ones in uniform. Not caring what I am saying. several officers hook their fingers in their vest and are saying things to me like. I don't feel sorry for you. you think you're a bad ass. You found out. rather than feel the security of having the police there to deescalate the situation that the two guard's created. They only increased my fear. I was crying, shaking and in fear that the police were going to start assaulting me. so I tried to make it sound like I was at fault. knowing that I was not. in hopes that I could go see my PCP. the security revues the tape and the staff told them to bring my back in. they would see me. I didn't want to be seen by them after this. I was too scare to say no.  When they ask why this happened   the second guard tried to cover his as* by telling the police that I had threatened him with a weapon. the proof is on the video. this guard was beating me up as soon as he seen me. I didn't have time to threaten him. he came out of nowhere and rather than taking a non-violent approach to the situation he added to it by joining in on the assault and holding me back against my will. Laws have been Brocken. and all the evidence is on the security video. This should not be treated like a she said, he said thing. rather the video should be viewed. It will have all the evidence on it to make a well informed decision on who was in the right and who violated several laws. Ending the he said she said.

Sincerely,

Jeffery James Misiano